# IN THE COURT OF APPEALS OF IOWA

No. 18-1488
Filed August 21, 2019

**ANTHONY A. BROWNE,**
    Plaintiff-Appellant,

**vs.**

**EDWARD ALTON HILL, ADAM PAUL PYATT, MICHAEL PAUL NOEL, and DAVID WILLIAM AMBRISCO,**
    Defendants-Appellees.

_____

Appeal from the Iowa District Court for Johnson County, Paul D. Miller, Judge.

A former university employee appeals the grant of summary judgment for his co-workers in his lawsuit alleging defamation and other torts. **AFFIRMED.**

Anthony A. Browne, Iowa City, self-represented appellant.

Thomas J. Miller, Attorney General, and George A. Carroll, Assistant Attorney General, for appellees.

Considered by Vaitheswaran, P.J., and Tabor and Greer, JJ.

**TABOR, Judge.**

Without opinion, we affirm the district court's July 10, 2018 order granting summary judgment to the defendants.  *See* Iowa R. App. P. 6.1203(a), (d).

**AFFIRMED.**